IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN F. D'AMICO,

     Appellant,

v.

KELSEY THARP,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5606

_____/

Opinion filed August 22, 2017.

An appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

Steven F. D'Amico, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Elizabeth M. van den Berg, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.